1214; No. 85–5833, 694 S. W. 2d 729; No. 85–6168, 478 So. 2d 1043; No. 85–6228, 476 So. 2d 1253; No. 85–6342, 479 So. 2d 710.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1. OHIO *v.* ADKINS. Ct. App. Ohio, Highland County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–393. OHIO *v.* COUNTS. Ct. App. Ohio, Pickaway County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1305. BUNNELL, SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION *v.* ARMANT. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1346. COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO *v.* ALLIED CHEMICAL INTERNATIONAL CORP. C. A. 2d Cir. Motion of Inter-American Freight Conference, Sections A and D, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–6264. STRAIGHT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN dissents.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 85–6324. WATKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.